### JAMES H. PADGETT v. S. ANNIE McCOY.

*Mark W. Brown for plaintiff.*
*Garland A. Thomasson, Zebulon Weaver, and Wells & Swain for defendant.*

PER CURIAM. The motion for a new trial in this case, because of newly discovered evidence, is denied. The application is not within the rule applicable to such cases. *Johnson v. R. R.,* 163 N. C., at page 453. Besides, it is without real merit.

Motion denied.